UNITED STATES DISTRICT COURT
MIDDLE DSITRIC OF FLORIDA
FORT MYERS DIVISON

KENDRICK TYRON PERRY SR. ESTATE (

AGGRIEVED MAN, (

V. (   CIVIL ACTION NO:

(   2:24-CV-228-JLB-KCD

OAK VIEW GROUP, (
TIM LEIWEKE,
FRANCESCA BODIE, (
ADE PATTON,
ANN JACKSON, (
CHRISTINA SONG,
STEVE COLLINS, (
CHRIS GRANGER,
JESSICA KORAVOS, (
DAN GRIFFIS,
JAY VOELKER, (
GREG O'DELL,
KRISTINA HENEY, (
RANDI BERNSTEIN,
KEEGAN MCDONALD AND (
IRVING AZOFF
(

DEFENDANTS,

# UNITED STATES DISTRICT COURT
# MIDDLE DSITRIC OF FLORIDA
# FORT MYERS DIVISON

Plaintiff, KENDRICK TYRON PERRY SR., hereby brings this complaint against Oak View Group, Tim Leiweke, and Irving Azoff (collectively referred to as "Defendants"), and alleges as follows:

## PARTIES

1. Plaintiff KENDRICK TYRON PERRY SR. is an individual DOMICILED in FLORIDA REPUBLIC.

Defendant Oak View Group is a corporation organized and existing under the laws of Delaware, with its principal place of business located at [Address]. Process of Service can be served at In C/O NATIONAL REGISTERED AGENTS, INC., Address: 160 GREENTREE DR STE 101, DOVER, Kent, DE, 19904

## JURISDICTION AND VENUE

# UNITED STATES DISTRICT COURT
# MIDDLE DSITRIC OF FLORIDA
# FORT MYERS DIVISON

This Court has jurisdiction over this matter as the actions alleged herein occurred within the jurisdiction of this Court.

Venue is proper in this Court as Defendants conduct business within this jurisdiction and the alleged actions occurred within this jurisdiction.

## FACTS

**IN THE YEAR OF 2023,** Defendants experienced a data breach where the personal information of thousands of their customers was accessed by an unauthorized individual or group.

The personal information obtained by the unauthorized party included names, addresses, phone numbers, and email addresses of customers who had purchased tickets or registered for events through Defendants' websites.

Defendants were aware of the data breach but failed to notify their customers in a timely manner, leaving their personal information vulnerable and exposing them to potential identity theft and financial harm.

Plaintiff was one of the customers whose personal information was accessed in the data breach.

As a result of Defendants' failure to secure their customers' personal information and failure to timely notify their customers of the data breach, Plaintiff has suffered

UNITED STATES DISTRICT COURT
MIDDLE DSITRIC OF FLORIDA
FORT MYERS DIVISON

damages, including but not limited to, identity theft protection costs, credit monitoring fees, and emotional distress.

Defendants' actions constitute a breach of their duty to protect the privacy and personal information of their customers, as well as a breach of trust as customers relied on Defendants to secure their personal information.

Defendants' conduct also violated various state and federal laws, including but not limited to, the California Consumer Privacy Act, the Federal Trade Commission Act, and the Computer Fraud and Abuse Act.

## CLAIMS FOR RELIEF

**COUNT I - BREACH OF PRIVACY**

14. Plaintiff realleges and incorporates by reference the above paragraphs as if fully set forth herein.

15. Defendants had a duty to protect the privacy and personal information of their customers.

16. Defendants breached this duty of privacy by failing to secure their customers' personal information, resulting in a data breach.

17. As a direct and proximate result of Defendants' breach of privacy, Plaintiff has suffered damages, including but not limited to, identity theft protection costs, credit

monitoring fees, and emotional distress.

18. Defendants' actions constitute a breach of privacy under applicable state and federal laws.

**COUNT II - BREACH OF TRUST**

19. Plaintiff realleges and incorporates by reference the above paragraphs as if fully set forth herein.

20. Defendants were entrusted with securing and protecting their customers' personal information.

21. Defendants breached this trust by failing to properly secure their customers' personal information, resulting in a data breach.

22. As a direct and proximate result of Defendants' breach of trust, Plaintiff has suffered damages, including but not limited to, identity theft protection costs, credit monitoring fees, and emotional distress.

23. Defendants' actions constitute a breach of trust under applicable state and federal laws.

**PRAYER FOR RELIEF**

**WHEREFORE, Plaintiff prays for judgment against Defendants as follows:**

1. An award of compensatory damages in an amount to be determined at trial;

UNITED STATES DISTRICT COURT
MIDDLE DSITRIC OF FLORIDA
FORT MYERS DIVISON

2. An award of punitive damages;

3. An award of attorneys' fees and costs;

4. An order requiring Defendants to implement proper security measures to protect customers' personal information;

5. An order requiring Defendants to provide timely and accurate notifications to all customers affected by the data breach; and

6. Any other relief the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury for all issues triable by jury.

VERIFICATION

I, PERRY, KENDRICK T., declare under penalty of perjury under the laws of GOD that the above statement is true and correct.

**FLORIDA JURAT**
FS 117.05(13) — Effective January 1, 2020

State of Florida  }
County of __Lee__

Sworn to (or affirmed) and subscribed before me by means of

☑ Physical Presence,

— OR —

☐ Online Notarization,

this __15th__ day of __March__, __2024__ by
  Day           Month              Year

__Kendrick Tyron Perry__
Name of Person Swearing or Affirming

__Christa Campbell__
Signature of Notary Public — State of Florida

__Christa Campbell__
Name of Notary Typed, Printed or Stamped

CHRISTA CAMPBELL
Notary Public
State of Florida
Comm# HH445327
Expires 9/19/2027

☐ Personally Known
☑ Produced Identification

Type of Identification Produced: __FL DL__
__P600-518-90-246-0__

Place Notary Seal Stamp Above

──────── OPTIONAL ────────
Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____   Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2019 National Notary Association

# UNITED STATES DISTRICT COURT
## MIDDLE DSITRIC OF FLORIDA
## FORT MYERS DIVISON

**Or**

_____

BY: _[signature]_ (DATE) 3-15-24

PERRY, KENDRICK T., (GRANTOR/TRUSTEE)