Perry Kerchner J.

Rural Free Delivery
0427-23
Lehigh Acres, FL 33972-1081

Clerk of Courts
US District Court
Middle District
Ft Myers Division
2110 First Street
Ft Myers, FL 33901

MAR 18 2024 PM 1:31
RCVD - USDC - FLMD - FTM