UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KENDRICK TYRON PERRY, SR.,
Estate,

      Plaintiff,

v.                                                              Case No.:  2:24-cv-228-JLB-KCD

OAK VIEW GROUP, TIM
LEIWEKE, FRANCESCA BODIE,
ADE PATTON, ANN JACKSON,
CHRISTINA SONG, STEVE
COLLINS, CHRIS GRANGER,
JESSICA KORAVOS, DAN
GRIFFIS, JAY VOELKER, GREG
O'DELL, KRISTINA HENEY,
RANDI BERNSTEIN, KEEGAN
MCDONALD, and IRVING
AZOFF,

      Defendants.

_____/

## **ORDER**

Because Plaintiff Kendrick Tyron Perry, Sr. ignored the Court's orders

to complete and file a more detailed, long-form IFP application (AO Form 239)

or pay the filing fee, the Court recommended that the complaint be dismissed

for failure to prosecute. (Doc. 7.) Nearly two months later, Perry filed a short-

form IFP application. (Doc. 8.) Given Perry's pro se status, the Court will allow

him a final chance to complete the correct form or pay the filing fee. AO Form

239 can be found on the Court's website. Alternatively, Perry may pay the filing fee.

Accordingly, it is **ORDERED**:

1. The report and recommendation (Doc. 7) is **VACATED**.

2. Plaintiff's Motion to Proceed In Forma Pauperis (Short Form) is **DENIED WITHOUT PREJUDICE**.

3. By **August 16, 2024**, Perry must complete and file a long-form application to proceed in district court without prepaying fees or costs (AO Form 239), which is available on the Court's website. **If Perry does nothing, the Court will recommend dismissing this action**.

4. Alternatively, by that date, he may pay the filing fee.

**ENTERED** in Fort Myers, Florida on July 17, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record

2